PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation  
Prior to Original Expiration Date

2005 JUL 28 A 8:31

# United States District Court

### FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Kevin Casey

Crim #: 3:00cr249(JCH)

Re: **Early Termination of Supervision**

On **July 3, 2001,** the above named was placed on **SUPERVISED RELEASE** for a period of **4** years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Christopher Rogers  
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 26th day of July, 2005.

The Honorable Janet C. Hall  
United States District Court Judge